HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Douglas_Beevers@fd.org

Attorneys for Defendant
ELDON WAYNE MCELHANEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00117-JAM |
| Plaintiff, | **FIRST STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE** |
| v. | |
| ELDON WAYNE MCELHANEY, | |
| Defendant, | |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Assistant United States Attorney Roger Yang, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Douglas Beevers, attorney for Eldon Wayne McElhaney, that the sentencing hearing, currently scheduled for January 6, 2026, be continued to April 7, 2026 at 9:00 a.m.

Defense counsel was not able to schedule a Pre-sentence interview until Dec. 18th. Additional time is further needed due to Defense counsel and Probation Officer's leave schedules.

The parties further request that the PSR schedule be modified with the new sentencing date, as follows:

//

| | |
|---|---|
| Draft Pre-Sentence Report due: | **February 24, 2026** |
| Informal Objections due: | **March 10, 2026** |
| Final Pre-Sentence Report due: | **March 17, 2026** |
| Formal Objections due: | **March 24, 2026** |
| Reply/Non-Opposition due: | **March 31, 2026** |
| Judgment & Sentencing due: | April 7, 2026 |

Dated:  December 11, 2025

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
ELDON WAYNE MCELHANEY

Dated:  December 11, 2025

ERIC GRANT
United States Attorney

*/s/ Roger Yang*
ROGER YANG
Assistant U.S. Attorney
Attorney for Plaintiff

**<u>ORDER</u>**

**IT IS HEREBY ORDERED** that the sentencing hearing as to this defendant previously set for January 6, 2026, is **CONTINUED** to **April 7, 2026, at 9:00 a.m.**, in Courtroom 6, before Senior District Judge John A. Mendez.

The PSR schedule is **MODIFIED** as requested.

Dated:  December 12, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE